UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

"FIRST AMENDED"

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Melvin Woodard,

Inmate ID Number: 797250,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 4:20cv-152-WS-MAF

v.

E. Perez-Lugo, M.D., CCHP,

_____,

**Jury Trial Requested?**
☒ YES  ☐ NO

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____/

FILED USDC FLND TL
MAY 6 '20 PM 1:07

NDFL Pro Se 14 (Rev 12/16) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

1

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Melvin Woodard    ID Number: 797250

List all other names by which you have been known: No other

Current Institution: Columbia Correctional Inst. Annex

Address: 216 S.E. Corrections Way
Lake City, Florida 32025

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: E. Perez-Lugo

   Official Position: M.D., CCHP

   Employed at: Columbia Correctional Inst. Annex

   Mailing Address: Lake City, Florida 32025

   ☐ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____
   _____

   ☐ Sued in Individual Capacity     ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____
   _____

   ☐ Sued in Individual Capacity     ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)  ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee  ☐ Civilly Committed Detainee

☒ Convicted State Prisoner  ☐ Convicted Federal Prisoner

☐ Immigration Detainee  ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

On 8-2-19, I arrived here at this institution at the main unit by the nurses and was scheduled by the staff members to be seen by the optometrist to get new glasses and to see the eye specialist at Lake Butler Regional Medical Center. By 10-25-19, 10-29-19, 11-11-19 and 1-9-20, I still had not see the optometrist. I was talking to the ADA Coordinator Mrs K. Harvey which was months later after getting out of confinement and I explained the situation to her by not been seen by the optometrist since my arrival here on 8-2-19. And she would look into it to find out why it was taking so long for me to see optometrist. A week later I was put on a call out to see the optometrist and was diagnosed as legally Blind and that no glasses would help with my vision and she was recomending me to see the eye specialist at Lake Butler Regional medical Center.

**Statement of Facts Continued** *(Page 2 of 2)*

In the month of March 2020 I went to see the eye specialist and was told this would be a disability having a coronary eye disease. Later on April 23 or 24 by nurse Norris over ADA medical board I noted blind in my right eye. I have been approved by ADA as having an impaired disability vision for the rest of my life. Mr. G. Perez-Lugo M.D. failure react in a timely fashion to have me at these appointed schedules caused delay in providing me with adequate care of professionals who can help minimize the serious medical condition to be noted as deliberate indifference in violation of the 8th Amendment. I have a long term disability for the rest of my life.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

8th Amendment, failure on behalf of Mr. E. Perez-Lugo to have me scheduled properly at seeing the optometrist for my diagnosed medical illness existed, but deemed to find my condition sufficiently serious, and was ignored and that would be noted as deliberate indifference lack of treatment

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

To have defendants pay all court fees and past and current medical bills.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either **state or federal court** dealing with the same facts or issue involved in this case?

☐ YES  ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES ☒ NO

If you answered yes, identify all lawsuits:

1. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

2. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

3. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

5. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

6. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

*(Attach additional pages as necessary to list all cases.  **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _____   Plaintiff's Signature: *Melvin Woodard*

Printed Name of Plaintiff: melvin Woodard
Correctional Institution: Columbia Correctional Ins. Annex
Address: 216 S.E. Corrections Way
Lake City, Florida 32025

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☒ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the __30__ day of __April__, 20 __20__.

Signature of Incarcerated Plaintiff: ___Melvin Woodard___

Case 3:20-cv-00613-BJD-JRK   Document 11   Filed 05/06/20   Page 14 of 17 PageID 75
Case 4:20-cv-00152-WS-MAF   Document 8   Filed 04/21/20   Page 1 of 4

Page 1 of 4

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 5-1-20 (DATE) FOR MAILING
BM   Staff Initial mW   I/M Initial

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELVIN WOODARD,
D.O.C. #797250,

    Plaintiff,

vs.                    Case No. 4:20cv152-WS-MAF

E. PEREZ-LUGO, M.D., et al.,

    Defendants.
_____/

# ORDER

    An Administrative Order has been entered, ECF No. 6, reassigning this case to the undersigned Magistrate Judge. The case number has changed as shown above and must now be included on all documents filed to reflect the change in judicial assignments.

    Plaintiff, an inmate proceeding pro se, initiated this case in late March 2020 by submitting a civil rights complaint pursuant to 42 U.S.C. § 1983, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2. Plaintiff's motion was granted, ECF No. 4, and his complaint reviewed as required by 28 U.S.C. § 1915A. Finding that it was

Case 3:20-cv-00613-BJD-JRK   Document 11   Filed 05/06/20   Page 15 of 17 PageID 76
Case 4:20-cv-00152-WS-MAF   Document 8   Filed 04/21/20   Page 3 of 4

Page 3 of 4

Most importantly, Plaintiff is advised that although his letter has been received, his amended complaint has not. Accordingly, his letter is construed as a motion for an extension of time and is granted. Plaintiff shall have until **May 22, 2020**, in which to submit an amended complaint. The amended complaint must comply with the prior Order, ECF No. 5, and Plaintiff is reminded to keep an identical copy for himself.

Accordingly, it is

**ORDERED:**

1. Plaintiff's letter, ECF No. 7, is construed as a motion for an extension of time and is **GRANTED**.

2. The Clerk of Court shall provide Plaintiff with another § 1983 complaint form so Plaintiff can file the amended complaint as directed.

3. Plaintiff has until **May 22, 2020**, to file an amended civil rights complaint, which shall be typed or clearly written, submitted on court forms, and containing Plaintiff's original signature and complete signature block.

4. **Failure to comply with this Court Order may result in a recommendation of dismissal of this action.**

Case No. 4:20cv152-WS-MAF

Melvin Woodard 797250 - N-3116L
Columbia Correctional Institution Annex
216 S.E. Corrections Way
Lake City Florida 32025
Case No. 4:20 CV 152-WS-MAF

CHECKED MAY - 6 2020
CHECKED MAY - 6 2020

United States District Court
Northern District of Florida
Office of the Clerk
111 North Adams St. Suite 322
Tallahassee, Florida 32301

MAILED FROM A STATE CORRECTIONAL INSTITUTION

LEGAL MAIL

LEGAL MAIL PROVIDED TO COLUMBIA CORRECTIONAL INSTITUTION ON 5-1-20 FOR MAILING